

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2019

No. 04-18-00836-CV

Allan W. **MAJESKI,**
Appellant

v.

**FROST BANK,**
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI00427
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

Appellant, representing himself, filed a handwritten brief on April 22, 2019. Appellant's brief recites alleged facts pertaining to his claims against Frost Bank. His brief includes each of the required sections for a brief, but Appellant's brief does not comply with several requirements of Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief has the following defects:

- The argument section lacks "appropriate citations to authorities." *See* TEX. R. APP. P. 38.1(i). Appellant presents four issues: two have no citations to authorities; one issue cites the Texas Rules of Appellate Procedure without explanation or legal analysis, and the other cites the Texas Rules of Civil Procedure without explanation or legal analysis. *Contra id.*; *Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.).

- The argument section does not state the standard of review. *Contra* TEX. R. APP. P. 38.1(i) (requiring "appropriate citations to authorities"); *Canton-Carter*, 271 S.W.3d at 931.

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See* TEX. R. APP. P. 38.9(a). We conclude that the defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER Appellant to file an amended brief within FIFTEEN DAYS of the date of this order. **The amended brief must correct all the**

**violations listed above and fully comply with the applicable rules.** *See, e.g.*, *id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2019.

KEITH E. HOTTLE,
Clerk of Court